# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOT RANDOLPH BARTLETT,

    Plaintiff,

v.

W. BURCHINAL, *et al.*,

    Defendants.

Case No. 2:05-CV-00449-KJD-GWF

**ORDER**

    Before the Court for consideration is the Order, Findings, and Recommendation (#24) of Magistrate Judge George W. Foley entered March 6, 2007, recommending that Plaintiff's Motion for Partial Summary Judgment (#23) be denied. Though the time for doing so has passed, Plaintiff has not filed objections to the magistrate's recommendations. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(C) and LR IB 3-2. The Court determines that the Findings and Recommendation of the United States Magistrate Judge entered March 6, 2007, should be adopted.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and Recommendation (#24) entered March 6, 2007 is **ADOPTED**, and Plaintiff's Motion for Partial Summary Judgment (#23) is **DENIED**.

    DATED this 28th day of March 2007.

_____
Kent J. Dawson
United States District Judge